UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONVEX PROMOTIONS, INC.,

    Plaintiff,

    v.

ACQUIRE, INC.,

    Defendant.
_____/

No. C 04-4153 PJH

**ORDER**

The request for leave to designate additional terms for claim construction is DENIED. The court anticipates that after the ten terms designated by the parties have been construed, the parties will be able to resolve any remaining disputes regarding claim construction without assistance. However, the court will hold a case management conference after construing those ten terms, and will discuss with the parties at that time whether there is a need for construction of additional terms.

**IT IS SO ORDERED.**

Dated: June 27, 2005

                                                                   /s/
                                            PHYLLIS J. HAMILTON
                                            United States District Judge