1    PAUL J. SUTTON (SBN 36560)
TERENCE J. CLARK (SBN 222315)
2    ANDREW ELISEEV (SBN 203866)
GREENBERG TRAURIG, LLP
3    2450 Colorado Avenue, Suite 400
Santa Monica, Ca 90404
4    Ph: (310) 586-7700
Fx: (310) 586-7800
5

Attorneys for Plaintiff and
6    Counter-Defendant Convex Promotions, Inc.

7    PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
8    PERKINS COIE LLP
101 Jefferson Drive
9    Menlo Park, CA  94025-1114
Telephone:  (650) 838-4300
10    Facsimile:  (650) 838-4350

11    Attorneys for Defendant and
Counter-Claimant Acquire, Inc.
12

13

14            **UNITED STATES DISTRICT COURT**

15          **NORTHERN  DISTRICT OF CALIFORNIA**

16             **SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONVEX PROMOTIONS, INC., a Delaware corporation, | CASE NO. C 04-4153 PJH |
|             Plaintiff, | **CONVEX PROMOTIONS, INC.'S AND ACQUIRE, INC.'S STIPULATION AND [PROPOSED] ORDER REGARDING CLAIMS CONSTRUCTION DEADLINES** |
|    v. | |
| ACQUIRE, INC., a California corporation, | |
|             Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

23

24         WHEREAS, on or about May 20, 2005, counsel for plaintiff Convex Promotions, Inc.

25 ("Convex") and counsel for defendant Acquire, Inc. ("Acquire") stipulated to an extension of

26 certain deadlines with respect to claim construction in this case, including an extension of the June

27 10, 2005 deadline for filing the Joint Claims Construction and Prehearing Statement to June 27,

28 2005;

WHEREAS, the parties agreed that Convex would prepare and file the stipulation for these extended deadlines with the Court;

WHEREAS, the parties recently discovered that this stipulation was never filed with the Court;

WHEREAS, upon realization that a stipulation had not been filed, Acquire had a discussion with Convex regarding this matter, and the parties stipulated to a further extension of these deadlines;

WHEREAS, counsel for Acquire is currently in the middle of a lengthy trial, that was originally scheduled to be completed by June 24, 2005, but is now expected to be completed by July 1, 2005; and

WHEREAS, there is good cause for the following stipulated extensions.

THE PARTIES, by and through their counsel, hereby request and stipulate to the extension of the following deadlines:

| Claims Construction Obligation | Present Deadline | Stipulated Deadline |
|---|---|---|
| Joint Claims Construction and Pre-hearing Statement | June 10, 2005 | June 27, 2005, as stipulated by the parties in May 2005.  The parties have now stipulated to extend this deadline to July 8, 2005. |
| Claim Construction Discovery Cut-off | July 8, 2005 | July 29, 2005 |
| Last Day for Convex to File and Serve its Opening Claims Construction Brief | July 19, 2005 | August 5, 2005 |
| Last Day for Acquire to File and Serve its Opposition Claims Construction Brief | August 2, 2005 | August 19, 2005 |

-2-

| Last Day for Convex to File and Serve its Reply Claims Construction Brief | August 11, 2005 | August 30, 2005 |
|---|---|---|

Respectfully submitted by,

DATED:  June 24, 2005

**PERKINS COIE** LLP

By _____/s/_____
Paul J. Andre
Attorney for Defendant
Acquire, Inc.

DATED: June 24, 2005

**GREENBERG TRAURIG** LLP

By _____/s/_____
Andrew Eliseev
Attorney for Plaintiff
Convex Promotions, Inc.

CONVEX PROMOTIONS AND ACQUIRE INC.'S
STIPULATION AND [PROPOSED] ORDER RE:
CLAIMS CONSTRUCTION DEADLINES

CASE NO. C 04-4153 PJH

1

2                                    [~~PROPOSED~~] ORDER

3           **PURSUANT TO STIPULATION DATED JUNE 22, 2005, IT IS SO ORDERED.**

4           DATED:    ___June 27_____, 2005

5                                                        _____
                                                        The Honorable Phyllis J. Hamilton
6                                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          - 4 -

28  _____
    CONVEX PROMOTIONS AND ACQUIRE INC.'S
    STIPULATION AND [PROPOSED] ORDER RE:                    CASE NO. C 04-4153 PJH
    CLAIMS CONSTRUCTION DEADLINES