PAUL J. SUTTON (SBN 36560)
TERENCE J. CLARK (SBN 222315)
ANDREW ELISEEV (SBN 203866)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Ph: (310) 586-7700
Fx: (310) 586-7800

Attorneys for Plaintiff and
Counter-Defendant Convex Promotions, Inc.

PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Ph: (650) 838-4300
Fx: (650) 838-4350

Attorneys for Defendant Acquire, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVEX PROMOTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACQUIRE, INC., a California corporation,<br><br>Defendant. | CASE NO. C 04-4153 PJH (EDL)<br><br>**STIPULATION REGARDING SETTLEMENT CONFERENCE** |
| AND RELATED COUNTERCLAIMS. | |

ORDER RE: STIPULATION REGARDING
SETTLEMENT CONFERENCE – Case No. C 04-4153-PJH (EDL)

[57220-0001/BY051740.094]

1  WHEREAS, on April 14, 2005, United States Magistrate Judge Elizabeth D. Laporte entered an Order continuing the Settlement Conference for this case, originally scheduled for April 29, 2005, to June 29, 2005;

WHEREAS, lead counsel for Acquire is currently in the middle of a lengthy trial, that was originally scheduled to be completed by June 24, 2005, but is now expected to be completed by July 1, 2005; and

WHEREAS, due to the delay in the aforementioned trial, lead counsel will be unable to attend the Settlement Conference as currently scheduled on June 29, 2005.

THE PARTIES, by and through their counsel, respectfully request that the Court continue the Settlement Conference to ~~July 11, 2005, at 9:30 a.m.~~ August 25, 2005 at 9:00 a.m. Settlement Conference statements shall be submitted no later than August 16, 2005.

DATED: June 23, 2005

PAUL J. SUTTON
TERENCE J. CLARK
ANDREW ELISEEV
GREENBERG TRAURIG, LLP

By _____ /s/ Andrew Eliseev _____
  Andrew Eliseev
Attorneys for Plaintiff and Counter-Defendant
Convex Promotions, Inc.

DATED: June 23, 2005

PAUL J. ANDRE
LISA KOBIALKA
PERKINS COIE LLP

By___ /s/ _____
  Paul J. Andre
Attorneys for Defendant Acquire, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: _____

GRANTED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

_____
Elizabeth D. Laporte
United States Magistrate Judge

- 2 -

ORDER RE: STIPULATION REGARDING
SETTLEMENT CONFERENCE – Case No. C 04-4153-PJH (EDL)    {/BY051740 094 DOC}