UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONVEX PROMOTIONS, INC.

    Plaintiff(s),                                     No. C 04-4153 PJH

    v.                                                **ORDER**

ACQUIRE, INC.

    Defendant(s).

_____/

Before the court is plaintiff's status report and defendant's response to said report in which the attorneys for each party provide their respective versions of the events leading to their total inability to comport themselves in a manner in which all other patent counsel appearing before the undersigned judge have been able to do. The Patent Local Rules for this district have for some time now required the filing of a joint claims construction statement. Yet, counsel in this case apparently cannot comply with this particular provision and have submitted a raft of letters and emails for the court to unravel along with their unreasonable requests for relief.

The attorneys responsible for the preparation of the claims construction statement are ORDERED to appear before this court for a case management conference on July 21, 2005, at 2:30 p.m. The court's unavailability for three weeks commencing July 25, 2005 accounts for the shortened notice. Nonetheless, no excuses for failing to appear will be acceptable. The conference will be vacated only upon the court's receipt of a stipulation by counsel that they will complete the task that both the local rules and this court's case management order already require.

**IT IS SO ORDERED.**

Dated: July 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge