IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONVEX PROMOTIONS, INC., | No. C-04-04153 PJH (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| ACQUIRE, INC., | |
| Defendant. | |

Following the settlement conference held on August 25, 2005, the parties shall submit a letter informing Magistrate Judge Laporte when they think a further settlement conference would be useful, either before or after the Markman hearing, and whether they think any focused discovery might be useful for purposes of the further conference. The letter shall be submitted by September 7, 2005 and may be faxed to chambers at (415) 522-2002.

**IT IS SO ORDERED.**

Dated: September 2, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge