PAUL J. SUTTON (SBN 36560)
TERENCE J. CLARK (SBN 222315)
ANDREW ELISEEV (SBN 203866)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
Convex Promotions, Inc.

PAUL J. ANDRE (SBN 196585)
LISA KOBIALKA (SBN 191404)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Defendant Acquire, Inc.

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVEX PROMOTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ACQUIRE, INC., a California corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. C-04-4153-PJH <br><br> **STIPULATION RE CONTINUANCE OF THE MARKMAN HEARING** AND ORDER |

1      Plaintiff and counter-defendant Convex Promotions, Inc. ("Convex") and defendant and counter-
2 claimant Acquire, Inc. ("Acquire"), by and through undersigned counsel of record, hereby file the
3 following joint stipulation regarding the continuance of the Markman hearing.

## JOINT STIPULATION

5      WHEREAS, on February 3, 2005, the Court held a Case Management Conference, at which the
6 Court set the Markman hearing for October 5, 2005,

7      WHEREAS, on October 5, 2005, Convex's lead counsel is scheduled to appear at a hearing in an
8 unrelated case in the Court of Appeals for the Federal Circuit,

9      WHEREAS, on October 3, 2005, Acquire's lead counsel is scheduled to appear at a hearing in
10 an unrelated case in the Court of Appeals for the Federal Circuit,

11      WHEREAS, on August 25, 2005, the parties participated in a settlement conference before
12 Magistrate Judge Elizabeth D. Laporte,

13      WHEREAS, the parties agreed to continue their settlement negotiations in the upcoming weeks,
14 which negotiations if successful could eliminate the necessity for a Markman hearing, and

15      WHEREAS, the parties are committed to seeking such a settlement resolution and will regularly
16 inform the Court regarding the status of those discussions,

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

THEREFORE, through this Joint Stipulation, the parties agree to continue the date for the Markman hearing to November 16, 2005.

DATED: September 6, 2005      PAUL J. SUTTON
                              TERENCE J. CLARK
                              ANDREW ELISEEV
                              GREENBERG TRAURIG, LLP


                              By _____/s/_____
                                 Andrew Eliseev

                                 Attorneys for Plaintiff and Counter-Defendant
                                 Convex Promotions, Inc.


DATED: September 6, 2005      PERKINS COIE LLP


                              By _____
                                 Paul J. Andre
                                 Attorneys for Defendant and Counter-Claimant Acquire, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: 9/7/05

_____
Phyllis J. Hamilton
United States District Judge