PAUL J. SUTTON (SBN 36560)
TERENCE J. CLARK (SBN 222315)
ANDREW ELISEEV (SBN 203866)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: suttonp@gtlaw.com, clarkt@gtlaw.com, eliseeva@gtlaw.com

Attorneys for Plaintiff and
Counter-Defendant Convex Promotions, Inc.

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVEX PROMOTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACQUIRE, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C-04-4153-PJH<br><br>[Assigned to the Honorable Phyllis J. Hamilton, Courtroom 3, 17th Floor]<br><br>**REQUEST FOR AND [PROPOSED] ORDER ALLOWING THE USE OF PROJECTION EQUIPMENT TO ASSIST IN CONVEX PROMOTIONS, INC.'S PRESENTATION OF A TUTORIAL**<br><br>Date: October 14, 2005<br>Time: 9 a.m.<br>Place: Courtroom of the Honorable Phyllis J. Hamilton, Courtroom 3, 17th Floor |

///

///

///

LA-FS1\EliseevA\366825v01\52889.012500

REQUEST FOR AND [PROPOSED] ORDER ALLOWING THE USE OF PROJECTION EQUIPMENT TO ASSIST IN
CONVEX PROMOTIONS, INC.'S PRESENTATION OF A TUTORIAL – CASE NO. C-04-4153-PJH

## REQUEST TO USE EQUIPMENT

WHEREAS, a Tutorial in this case is scheduled for October 14, 2005 at 9 a.m. in the Courtroom of Honorable Phyllis J. Hamilton; and

WHEREAS, Plaintiff Convex Promotions, Inc. has prepared a PowerPoint presentation for the Tutorial, and intends to use for the presentation a laptop computer and a projector;

THEREFORE, Convex respectfully requests that the Court allow Convex to use the computer and the projector during Convex's presentation of the Tutorial.

DATED: October 13, 2005

Respectfully submitted,

PAUL J. SUTTON
TERENCE J. CLARK
ANDREW ELISEEV
GREENBERG TAURIG, LLP

By  /S/
Andrew Eliseev

Attorneys for Plaintiff and Counter-Defendant
Convex Promotions, Inc.

## ORDER

IT IS SO ORDERED.

DATED: 10/14/05

Phyllis J. Hamilton
United States District Judge

LA-FS1\EliseevA\366825v01\52889.012500

1

REQUEST FOR AND [PROPOSED] ORDER ALLOWING THE USE OF PROJECTION EQUIPMENT TO ASSIST IN CONVEX PROMOTIONS, INC.'S PRESENTATION OF A TUTORIAL – CASE NO. C-04-4153-PJH