UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONVEX PROMOTIONS, INC. | | |
| Plaintiff, | | No. 04-04153 PJH (EDL) |
| v. | | ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE |
| ACQUIRE, INC. | | |
| Defendant. | | |

TO ALL COUNSEL AND PARTIES OF RECORD:

By letter dated October 26, 2005, Plaintiff Convex Promotions, Inc. requested that its lead counsel, Mr. Terence Clark, be excused from personally appearing at the settlement conference scheduled for October 28, 2005. Defendant Acquire, Inc., has stipulated to Mr. Clark's appearance by telephone.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Clark be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on October 28, 2005.

If the Court concludes that the absence of Mr. Clark is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Clark.

SO ORDERED.

Dated: October 27, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge