UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONVEX PROMOTIONS, INC.,

    Plaintiff,

    v.

ACQUIRE, INC.,

    Defendant.
    _____/

No. 04-04153 PJH (EDL)

SETTLEMENT CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

According to the schedule agreed to by the parties, Plaintiff shall provide a draft settlement agreement to Defendant by the close of business on November 2, 2005, or at the latest on November 3, 2005, and Defendant shall finalize the agreement by November 4, 2005. Defendant also shall call chambers at (415) 522-4135 by noon on November 4, 2005 to update Magistrate Judge Laporte on the status of the settlement.

Dated: October 28, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge