PAUL J. SUTTON (SBN 36560)
TERENCE J. CLARK (SBN 222315)
ANDREW ELISEEV (SBN 203866)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
Convex Promotions, Inc.

PAUL J. ANDRE (SBN 196585)
LISA KOBIALKA (SBN 191404)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Defendant Acquire, Inc.

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVEX PROMOTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACQUIRE, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C-04-4153-PJH<br><br>**STIPULATION AND PROPOSED ORDER TO TAKE OFF CALENDAR THE HEARING ON DEFENDANT ACQUIRE, INC.'S MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT AND THE MARKMAN HEARING** |

1  WHEREAS, on October 18, 2005, United States Magistrate Judge Elizabeth D. Laporte entered
2  an Order Setting Further Settlement Conference on October 28, 2005;
3  WHEREAS, both parties to this action along with their respective lead counsel attended the
4  aforementioned settlement conference;
5  WHEREAS, at the aforementioned settlement conference, the parties agreed that Plaintiff
6  Convex Promotions, Inc. ("Convex") shall provide a draft settlement agreement to Defendant Acquire,
7  Inc. ("Acquire") by the close of business on November 2, 2005, and Acquire shall finalize the agreement
8  by November 4, 2005;
9  WHEREAS, the parties also agreed that Convex would call Magistrate Judge Laporte's
10 chambers by noon on November 4, 2005 to update her on the status of the settlement;
11 WHEREAS, the hearing for Acquire's Motion for Leave to File a Third-Party Complaint Against
12 Viva Magnetics Limited and Prime Optical ("Motion for Leave to File") is scheduled on November 2,
13 2005; and
14 WHEREAS, the Markman hearing is scheduled for November 16, 2005;
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

THE PARTIES, by and through their counsel, respectfully request that the Court take off calendar the November 2, 2005 hearing on Acquire's Motion for Leave to File and the Markman hearing until such time as agreed to by the parties at a later date.

DATED: November 1, 2005

PAUL J. SUTTON
TERENCE J. CLARK
ANDREW ELISEEV
GREENBERG TAURIG, LLP

By        /s/
    Andrew Eliseev

Attorneys for Plaintiff and Counter-Defendant Convex Promotions, Inc.

DATED: November 1, 2005

PAUL J. ANDRE
LISA KOBIALKA
SHREYA RAMCHANDANI
PERKINS COIE LLP

By
    Paul J. Andre
    Attorneys for Defendant and Counter-Claimant Acquire, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: 11/1/05

Phyllis J. Hamilton
United States District Judge