UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONVEX PROMOTIONS, INC.,

    Plaintiff,

    v.

ACQUIRE, INC.,

    Defendant.

_____/

No. C 04-4153 PJH

**ORDER**

The parties shall file a joint statement setting forth the status of their settlement agreement and also stating what claims, if any, remain in the case, no later than Friday, February 3, 2006.

**IT IS SO ORDERED.**

Dated: January 20, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge