UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONVEX PROMOTIONS, INC.,

    Plaintiff(s),                      No. C 04-4153 PJH

    v.                                  **ORDER**

ACQUIRE, INC.,

    Defendant(s).

_____/

By joint status statement filed on February 3, 2006, the parties advised the court that they were still working on some of the details of the settlement as evidenced by a scheduled session for the following week. The court has heard nothing further from the parties as to the finalization of the settlement.

Accordingly, the parties shall appear for further case management conference on April 20, 2006, at 2:30 p.m. The conference will be vacated only if a stipulation for dismissal is filed before that day.

**IT IS SO ORDERED.**

Dated: March 24, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge